

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00126-CV

———————————————

DAATS COMPANIES, INC., Appellant

V.

PACCAR FINANCIAL CORP. D/B/A PACCAR LEASING COMPANY,
Appellee

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-350560-24

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On March 20, 2025, and April 2, 2025, we warned Appellant that we would dismiss this appeal unless it paid the filing fee. *See* Tex. R. App. P. 5, 12.1(b), 42.3(c), 44.3. Appellant still has not done so. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: April 24, 2025